# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00383-CV

**In re Ron Beilinson**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   June 6, 2013